HIRSCH ADELL (CSB 34208) and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: hirscha@rac-law.com;jds@rac-law.com

Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NELDAM'S DANISH BAKERY, INC.<br><br>Defendant. | CASE NO. C 07 5095<br><br>COMPLAINT FOR DELINQUENT BENEFIT CONTRIBUTIONS<br>[29 U.S.C. §§ 185(a), 1132(g)(2) and 1145] |

[JURISDICTION AND VENUE]

1. This is an action by fiduciaries to collect delinquent contributions to an employee benefit plan due pursuant to a collective bargaining agreement. This Court has jurisdiction pursuant to Section 301(a) of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185(a), and pursuant to Sections 502(a), 502(g)(2) and 515 of the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §§ 1132(a), 1132(g)(2) and 1145. Venue is properly in this district as the plan is administered, the

1    contract was entered into, and defendant has its principal place of business in this district.

[PARTIES]

2.   B & C Western Conference Dental Fund ("Dental Fund") is an express trust created pursuant to collective bargaining agreements.  The Dental Fund is an employee benefit plan as defined in ERISA § 3(3), 29 U.S.C. § 1002(3), and a multi-employer plan as defined in ERISA § 1002(37), 29 U.S.C. § 1002(37).  The Dental Fund is administered in San Francisco.

3.   Plaintiffs TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND (Trustees) are the Trustees and fiduciaries of the Dental Fund.  They bring this action in their capacities as fiduciaries of the Dental Fund.

3.   Defendant Neldam's Danish Bakery, Inc. (Employer), is a California corporation and is an employer in an industry affecting interstate commerce.

[AGREEMENT]

4.   Employer entered into a collective bargaining agreement (Agreement) with the Bakery, Confectionery, Tobacco Workers, and Grain Millers International Union, Local No. 125, AFL-CIO (Union) covering certain employees of the Employer at its bakery in Oakland, California.

5. The Agreement provides that the Employer must contribute $51.50 each month to the Dental Fund for each covered employee of the Employer covered by the Agreement. In turn, the Agreement and Declaration of Trust for the Dental Fund (Trust Agreement) provides that Employer contributions are delinquent by the 25th of the month following the month in which the employee worked.

6. The Trust Agreement provides, among other things, that an employer who is delinquent for contributions shall be liable, in addition to the delinquent contributions, for audit expenses, collection costs, attorney fees and costs, interest on the delinquent contributions at the rate of 12% per annum, plus liquidated damages equal to the greater of interest on the unpaid contributions at 12% per annum or an amount equal to 20% of the delinquent contributions.

[DELINQUENT CONTRIBUTIONS]

7. Since January 2007, the Employer has failed to report its covered employees under the Agreement and has failed to pay the contributions required on behalf of such employees to the Dental Fund, in the amount of $5,253.00. The Trustees are informed and believe that 13 eligible employees were employed from January through June 2007 and 12 eligible employees have been employed by the Employer through at least September 25, 2007. Thus, the sum of $669.50 ($51.50 x 13 = $669.50) is due for each of the months from January through June 2007, and the sum of $618

COMPLAINT FOR DELINQUENT BENEFIT CONTRIBUTIONS

($51.5 x 12 = $618) is due for the months of July and August 2007, totaling $5,253.00.

8. The Employer continues to fail and refuse to pay contributions to the Dental Fund on behalf of its employees.

WHEREFORE, the Trustees pray for judgment to the Dental FUnd as follows:

   a. For delinquent contributions of at least $5,253.00, plus such further amount as may be discovered by an audit and/or shown by proof at trial; and

   b. For interest on the contributions in (A) above, at the rate of 12% from the date they became due, pursuant to the Agreement and 29 U.S.C. § 1132(g)(2)(B), which as of October 1, 2007 is $258.89; and

   c. For liquidated damages in an amount equal to 20% of the contributions due in (A) above, pursuant to the Agreement and 29 U.S.C. § 1132(g)(2)(C), which as of October 1, 2007 is $1,050.60;

   d. For reasonable attorney fees and costs, pursuant to the Agreement, Trust Agreement, and 29 U.S.C. § 1132(g)(2)(D); and

/ / /
/ / /
/ / /
/ / /

1      e.   For such other further relief, including any injunctive
2  relief, that this Court may deem just and proper.

                                    Respectfully Submitted,

Date: October 2, 2007    HIRSCH ADELL and
                                     J. DAVID SACKMAN, Members of
                                     REICH, ADELL & CVITAN
                                     A Professional Law Corporation

                                     By: _____
                                         J. David Sackman
                                         Attorneys for Plaintiff