NEELAM CHANDNA (CSB 192972)
HIRSCH ADELL (CSB 34208) and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: neelamc@rac-law.com;

Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>         Plaintiffs,<br><br>    v.<br><br>NELDAM'S DANISH BAKERY, INC.<br><br>         Defendant. | CASE NO. C 07 5095 SI<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT** (On Defendant Neldam's Danish Bakery) |

TO THE CLERK OF THE COURT:

The Summons and Complaint; Certification as to Interested Parties; Order Setting Initial Case Management Conference and ADR deadlines; Case Management Conference Order; Notice of Availability of Magistrate Judge to Exercise Jurisdiction; ECF Registration Information Handout; Welcome to the U.S. District Court San Francisco; Civil Cover Sheet were subserved on Defendant, Neldam's Danish Bakery, Inc., by leaving copies with Cathy Caulker, person apparently in charge on October 16, 2007, and mailing completed on October 23, 2007.

The original Proof of Service on said Defendant is attached hereto as Exhibit "1."

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DATED: November 7, 2007

_____
MARIA HUGHES

EXHIBIT "1"

Hirsch Adell  SBN: 34208
Reich, Adell & Cvitan, a PLC
3550 Wilshire Blvd  Suite 2000
Los Angeles, CA 90010
(213) 386-3860

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Trustees of the Bakery & Confectionery Western Conference Dental Fund** Plaintiff(s) <br> v. <br> **Neldam's Danish Bakery, Inc.** Defendant(s) | **CASE NUMBER:** <br> **C 07 5095 SI** <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons     [X] complaint     [ ] alias summons     [ ] first ammended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify):* **Certification as to Interested Parties; Order Setting Initial Case Management Conference and ADR Deadlines;Case Management Conference Order;Notice of Availability of Magistrate Judge to Exercise Jurisdiction;ECF Registration Information Handout;Welcome to the U.S. District Court San Francisco;Civil Cover Sheet**

2. **Person served:**

   a. [X] Defendant *(name:)* **Neldam's Danish Bakery, Inc.**
   b. [X] Other *(specify name and title or relationship to the party/business named):*
      **Mike Neldam - Person authorized to accept service of process**
   c. [X] Address where the papers were served: **3401 Telegraph Ave.**
      **Oakland, CA 94609**

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [ ] By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] **Papers were served on** *(date):* at *(time):*

   b. [X] By **Substituted Service.** By leaving copies with: **Cathy Caulkert - Person apparently in charge**

      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [X] **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [X] **Papers were served on** *(date):* **10/16/2007** at *(time):* **12:17 pm**

      4. [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [X] **papers were mailed on** *(date):* **10/23/2007**

      6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☒ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date):*      at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **Edwin Blama**
   **All-N-One Legal Support, Inc.**
   **1545 Wilshire Blvd., Suite 715**
   **Los Angeles, CA 90017**
   **(213) 202-3990**

   a. Fee for service: $ 64.48
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration #: 483

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 24, 2007   **Edwin Blama**
                         *Type or Print Server's Name*      *(Signature)*

Case 3:07-cv-05095-SI    Document 4    Filed 11/07/2007    Page 6 of 6

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| Hirsch Adell  SBN: 34208<br>Reich, Adell & Cvitan, a PLC<br>3550 Wilshire Blvd Suite 2000 Los Angeles, CA 90010 | | |
| TELEPHONE NO.: (213) 386-3860    FAX NO.: (213) 386-5583 | | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: plaintiff | | |

UNITED STATES DISTRICT COURT
STREET ADDRESS: 450 GOLDEN GATE #1111
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF/PETITIONER: **Trustees of the Bakery & Confectionery Western Conference Dental Fund**

DEFENDANT/RESPONDENT: **Neldam's Danish Bakery, Inc.**

| PROOF OF SERVICE BY MAIL | CASE NUMBER: C 07 5095 SI |
|---|---|

I am a citizen of the United States and employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd., Suite 715, Los Angeles, CA 90017.

On October 23, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> **summons;complaint;Certification as to Interested Parties; Order Setting Initial Case Management Conference and ADR Deadlines;Case Management Conference Order;Notice of Availability of Magistrate Judge to Exercise Jurisdiction;ECF Registration Information Handout;Welcome to the U.S. District Court San Francisco;Civil Cover Sheet**

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

> Neldam's Danish Bakery, Inc.
> 3401 Telegraph Ave.
> Oakland, CA 94609

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 64.48
  County:
  Registration No.: Employee
  All-N-One Legal Support, Inc.
  1545 Wilshire Blvd., Suite 715
  Los Angeles, CA 90017
  (213) 202-3990

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 24, 2007.

Signature: _____
Cynthia Magallanes

**PROOF OF SERVICE BY MAIL**

Order#: 021922/GProof5us