NEELMA CHANDNA (CSB 192972)
HIRSCH ADELL (CSB 34208), and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: neelamc@rac-law.com; jds@rac-law.com

Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NELDAM'S DANISH BAKERY, INC.<br><br>Defendant. | CASE NO. C07 5095 SI<br><br>REQUEST TO CLERK FOR ENTRY OF DEFAULT OF DEFENDANT<br><br>[Fed.R.Civ.P. 55(a)] |

To the Clerk of the United States District for the Northern District of California.

Please enter the Default of the Defendant, NELDAM'S DANISH BAKERY, INC., pursuant to Fed.R.Civ.P. 55(a) for its failure to plead or otherwise respond to Plaintiff's Complaint for Delinquent Benefit Contributions as appears from the attached declaration.

# DECLARATION OF ATTORNEY IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT

I, Neelam Chandna, declare as follows:

1. I am a member of Reich, Adell & Cvitan, A Professional Law Corporation, attorneys of record for Plaintiff. I am an attorney duly licensed to practice law in the State of California and admitted to practice before the United States District Court for the Northern District of California.

2. The facts stated herein are within my personal knowledge and if called upon to testify I can truthfully and competently do so as to all matters herein contained.

3. This declaration is submitted in support of Plaintiff's request for entry of default against DEFENDANT, NELDAM'S DANISH BAKERY, INC., (hereinafter referred to as "DEFENDANT"), by the Clerk pursuant to Fed.R.Civ.P. 55(a).

## DEFENDANT SERVED WITH SUMMONS AND COMPLAINT; NO RESPONSE MADE BY DEFENDANT.

4. On October 16, 2007, substituted service of the Summons and Complaint pursuant to California Code of Civil Procedure §412.20 and Fed.R.Civ.P. §4(e)(1) was effected on DEFENDANT by delivery of said documents to DEFENDANT to the person apparently in charge at DEFENDANT'S office located at 3401 Telegraph Avenue, Oakland, California 94609, with mailing completed on October 23, 2007. True and correct copies of the Proof of Service of Summons and Complaint, declarations of due

diligence and mailing for said DEFENDANT are attached hereto and incorporated herein by reference as Exhibit "1". The original Proof of Service was e-filed with this Court on October 23, 2007.

5.  Wherefore, Plaintiff respectfully requests that the Clerk of the Court enter default against DEFENDANT.

Executed this 26st day of November of 2007, at Los Angeles, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Neelam C.*
Neelam Chandna

Respectfully Submitted,

Date: November 26, 2007          REICH, ADELL & CVITAN
                                 A Professional Law Corporation

                                 By: *Neelam C.*
                                     NEELAM CHANDNA
                                     Attorneys for Plaintiff

EXHIBIT "1"

## Service of Process:

3:07-cv-05095-SI Trustees of the Bakery & Confectionery Western Conference Dental Fund v. Neldam's Danish Bakery, Inc.
ADRMOP, E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at for more information.

The following transaction was received from by Chandna, Neelam entered on 11/7/2007 2:49 PM PST and filed on 11/7/2007

| | |
|---|---|
| **Case Name:** | Trustees of the Bakery & Confectionery Western Conference Dental Fund v. Neldam's Danish Bakery, Inc. |
| **Case Number:** | 3:07-cv-5095 |
| **Filer:** | Trustees of the Bakery & Confectionery Western Conference Dental Fund |
| **Document Number:** | 4 |

**Docket Text:**
CERTIFICATE OF SERVICE by Trustees of the Bakery & Confectionery Western Conference Dental Fund *POS of Summons and Complaint* (Chandna, Neelam) (Filed on 11/7/2007)

**3:07-cv-5095 Notice has been electronically mailed to:**

**3:07-cv-5095 Notice has been delivered by other means to:**

Hirsch Adell
Reich Adell Crost & Cvitan
3550 Wilshire Blvd #2000
Los Angeles, CA 90010-2421

Jeffry David Sackman
Reich Adell Crost & Cvitan
3550 Wilshire Blvd #2000
Los Angeles, CA 90010-2421

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\MARIA\My Documents\POS Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=11/7/2007] [FileNumber=3896086-0]
[27aea8b5e78ad97bdf7af3329acd82a4b083df8386e8497e8687dead2a1a1fd6c08f8
7588b8a8742e432d70509da293b965b89313cc087cc49a0f1bb72ecd4aa]]

Hirsch Adell SBN: 34208
Reich, Adell & Cvitan, a PLC
3550 Wilshire Blvd Suite 2000
Los Angeles, CA 90010
(213) 386-3860

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Plaintiff(s)
Trustees of the Bakery & Confectionery Western Conference Dental Fund

v.

Defendant(s)
Neldam's Danish Bakery, Inc.

CASE NUMBER:
C 07 5095 SI

**PROOF OF SERVICE
SUMMONS AND COMPLAINT**
(Use separate proof of service for each person/party served)

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:

   a. [X] summons    [X] complaint    [ ] alias summons    [ ] first ammended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify):* **Certification as to Interested Parties; Order Setting Initial Case Management Conference and ADR Deadlines;Case Management Conference Order;Notice of Availability of Magistrate Judge to Exercise Jurisdiction;ECF Registration Information Handout;Welcome to the U.S. District Court San Francisco;Civil Cover Sheet**

2. **Person served:**

   a. [X] Defendant *(name:)* **Neldam's Danish Bakery, Inc.**
   b. [X] Other *(specify name and title or relationship to the party/business named):*
      **Mike Neldam - Person authorized to accept service of process**
   c. [X] Address where the papers were served: **3401 Telegraph Ave.
      Oakland, CA 94609**

3. **Manner of Service** in compliance with *(the appropriate box must be checked):*

   a. [ ] Federal Rules of Civil Procedure
   b. [X] California Code of Civil Procedure

4. **I served** the person named in Item 2:

   a. [ ] By **Personal Service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.

      1. [ ] **Papers were served on** *(date):* at *(time):*

   b. [X] By **Substituted Service.** By leaving copies with: **Cathy Caulkert - Person apparently in charge**

      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.

      2. [X] **(business)** or a person apparently in charge of the office, or place of business, at least 18 years of age, who was informed of the general nature of the papers.

      3. [X] **Papers were served on** *(date):* **10/16/2007** at *(time):* **12:17 pm**

      4. [X] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).

      5. [X] **papers were mailed on** (date): **10/23/2007**

      6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                                PAGE 1

CV-1/021922

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☒ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual business hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies of the persons at the place where the copies were left in full compliance with C.C.P. 415.20 Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service.)**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f)

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil procecss clerk at the U.S. Attorneys Office.

      Name of person served:

      Title of person served:

      Date and time of service: *(date):*       at *(time):*

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number):*
   **Edwin Blama**
   **All-N-One Legal Support, Inc.**
   **1545 Wilshire Blvd., Suite 715**
   **Los Angeles, CA 90017**
   **(213) 202-3990**

   a. Fee for service: $ **64.48**
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server
      Registration #: **483**

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 24, 2007    **Edwin Blama**
_____
Type or Print Server's Name           (Signature)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| Hirsch Adell<br>Reich, Adell & Cvitan, a PLC<br>3550 Wilshire Blvd Suite 2000 Los Angeles, CA 90010 | SBN: 34208 | |
| TELEPHONE NO.: (213) 386-3860 | FAX NO.: (213) 386-5583 | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: plaintiff | | |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 450 GOLDEN GATE #1111
MAILING ADDRESS:
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT

PLAINTIFF/PETITIONER: **Trustees of the Bakery & Confectionery Western Conference Dental Fund**
DEFENDANT/RESPONDENT: **Neldam's Danish Bakery, Inc.**

| PROOF OF SERVICE BY MAIL | CASE NUMBER:<br>C 07 5095 SI |
|---|---|

I am a citizen of the United States and employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My business address is 1545 Wilshire Blvd., Suite 715, Los Angeles, CA 90017.

On October 23, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

> summons;complaint;Certification as to Interested Parties; Order Setting Initial Case Management Conference and ADR Deadlines;Case Management Conference Order;Notice of Availability of Magistrate Judge to Exercise Jurisdiction;ECF Registration Information Handout;Welcome to the U.S. District Court San Francisco;Civil Cover Sheet

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Los Angeles, California, addressed as follows:

> Neldam's Danish Bakery, Inc.
> 3401 Telegraph Ave.
> Oakland, CA 94609

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: 64.48
County:
Registration No.: Employee
All-N-One Legal Support, Inc.
1545 Wilshire Blvd., Suite 715
Los Angeles, CA 90017
(213) 202-3990

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on October 24, 2007.

Signature: _____
Cynthia Magallanes

**PROOF OF SERVICE BY MAIL**

Order#: 021922/GProof5us

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Blvd., Suite 2000, Los Angeles, California 90010.

On November 26, 2007, I served the foregoing document described as **REQUEST TO CLERK FOR ENTRY OF DEFAULT OF DEFENDANT** on the interested parties(s) by placing.

☐ the original     ☒ a true copy thereof

enclosed in a sealed envelope and addressed as set forth:

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine. Pursuant to rule 2005(i), I caused the machine to print a transmission record of the transmission.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 26. 2007, at Los Angeles, California.

_____
Maria Hoang

-4-