**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 29, 2007

RE:  CV 07-05095 SI          TRUSTEES OF THE BAKERY AND CONFECTIONERY WESTERN CONFERENCE DENTAL FUND-v- NELDAM&#039;S DANISH BAKERY INC.

Default is entered as to defendant Neldam's Danish Bakery, Inc. on November 29, 2007.

           RICHARD W. WIEKING, Clerk
           /s/

           byYumiko Saito
           Case Systems Administrator

NDC TR-4  Rev. 3/89