NEELAM CHANDNA (CSB 192972)
HIRSCH ADELL (CSB 34208), and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: neelamc@rac-law.com; jds@rac-law.com

Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>  Plaintiffs,<br><br>  v.<br><br>NELDAM'S DANISH BAKERY, INC.<br><br>  Defendant. | CASE NO. C07 5095 SI<br><br>APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY CLERK; AFFIDAVIT OF NEELAM CHANDNA<br><br>[Fed.R.Civ.P. 55(b)(1)]<br><br>[NO HEARING REQUIRED] |

To the Clerk of the United States District for the Northern District of California.

Plaintiffs TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND, request that judgment be entered on the default of defendant, NELDAM'S DANISH BAKERY, INC., a California corporation, entered November 29, 2007, for a sum certain pursuant

-1-

1  to Fed.R.Civ.P. 55(b)(1).

2

3                                  Respectfully Submitted,

4
   Date: November 29, 2007         REICH, ADELL & CVITAN
5                                  A Professional Law Corporation

6

7                                  By:          /s/
                                      NEELAM CHANDNA
8                                     Attorneys for Plaintiffs

9

10

11     **DECLARATION OF NEELAM CHANDNA IN SUPPORT OF REQUEST FOR**

12             **ENTRY OF DEFAULT JUDGMENT BY CLERK**

13

14     I, Neelam Chandna, declare as follows:

15

16     1.   [Identification/Capacity]  I am an attorney duly

17  licensed to practice law in the State of California and admitted

18  to practice before the United States District Court for the

19  Northern District of California.  I am a member of Reich, Adell &

20  Cvitan, a Professional Law Corporation, attorneys of record for

21  Plaintiffs.  The facts stated herein are within my personal

22  knowledge and if called upon to testify I can truthfully and

23  competently do so as to all matters herein.

24

25     2.   [Service of Summons and Complaint/Entry of Default]

26     Defendant NELDAM'S DANISH BAKERY, INC. (DEFENDANT), a

27  California corporation, was served by substituted service of the

28  Summons and Complaint pursuant to California Code of Civil

                                 -2-

153289.1

Procedure §415.20 and Fed.R.Civ.P. §4(e)(1) on October 16, 2007. Service was effected on DEFENDANT by delivery of said documents to DEFENDANT to the person apparently in charge at DEFENDANT'S office located at 3401 Telegraph Avenue, Oakland, California 94609, with mailing completed on October 23, 2007. Default by the Clerk was entered on November 29, 2007.

3. [<u>Nonmilitary Status of Defendant</u>]  The Soldiers' and Sailors' Civil Relief Act of 1940, 50 App. U.S.C. § 520, is inapplicable to Defendant, NELDAM'S DANISH BAKERY, INC., a corporate entity.

4. [<u>Infant or Incompetent Person</u>]  Defendant NELDAM'S DANISH BAKERY, INC. is a corporate entity and not a natural person.  Hence, defendant is not an infant or incompetent person.

5. [<u>Damages Requested</u>]  As alleged in paragraphs 5, 6, and 7 of the complaint, and paragraphs (a) through (c) of the prayer for relief, Plaintiffs seek damages, pursuant to contractual provisions in the collective bargaining agreement and written plan provisions, as follows:

    a.    Delinquent Contributions $ 5,253.00;
    b.    Interest on Contributions     $   258.89;
    c.    Liquidated Damages            $ 1,050.60.

6. [<u>Attorney Fees and Costs</u>]  As alleged in paragraph (d) of the prayer for relief, plaintiffs request that attorney's fees

and costs be added to this Default Judgment by the Clerk. An award of attorney's fees and costs is mandated by ERISA § 502(g)(2)(D), 29 U.S.C. § 1132(g)(2)(D).

After Default Judgment is entered, Plaintiffs shall file a bill of costs and a separate motion for attorney's fees, pursuant to Fed. R. Civ. Proc. 54(d) and Local Rules of Civil Procedure for the Northern District, 54-1 and 54-6. Plaintiffs request that the amounts for the bill of cost and the attorney's fees be added to this Judgment.

7.   [Judgment]   Judgment is therefore requested as follows:

    Delinquent Contributions   $ 5,253.00
    Interest on Contributions  $   258.89
    Liquidated Damages         $ 1,050.60
       SUBTOTAL:               $ 6,562.49

As discussed in paragraph 6 above, Plaintiffs request that the amounts for the bill of cost and the attorney's fees be added to this Judgment after such Judgment is entered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 3rd day of December 2007, at Los Angeles, California.

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　NEELAM CHANDNA
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

PROOF OF SERVICE

-4-

153289.1

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

   I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Blvd., Suite 2000, Los Angeles, California 90010.

   On December 3, 2007, I served the foregoing document described as **APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY CLERK; AFFIDAVIT OF NEELAM CHANDNA** on the interested parties(s) by placing.

☐ the original     ☒ a true copy thereof

enclosed in a sealed envelope and addressed as set forth:

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine. Pursuant to rule 2005(i), I caused the machine to print a transmission record of the transmission.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

   Executed on December 3, 2007, at Los Angeles, California.

_____
                    Maria Hoang

-5-

153289.1