```
NEELAM CHANDNA (CSB 192972)
HIRSCH ADELL (CSB 34208), and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: neelamc@rac-law.com; jds@rac-law.com
```

Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NELDAM'S DANISH BAKERY, INC.<br><br>　　　　Defendant. | CASE NO. C07 5095 SI<br><br>[PROPOSED] CLERK'S JUDGMENT BY DEFAULT AGAINST DEFENDANT NELDAM'S DANISH BAKERY, INC.<br><br>[Fed.R.Civ.P. 55(b)(1)]<br><br>[NO HEARING REQUIRED] |

　　　　Upon the default of the Defendant NELDAM'S DANISH BAKERY, INC., a California corporation (NELDAM'S DANISH BAKERY), to the Complaint filed October 3, 2007, Judgment is hereby entered against Defendant NELDAM'S DANISH BAKERY, and in favor of Plaintiffs TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND, as follows:

/ / /

1  / / /

2       Delinquent Contributions $ 5,253.00
3       Interest on Contributions    $   258.89
4       Liquidated Damages           $ 1,050.60
5          **TOTAL:**                $ 6,562.49

7       After Default Judgment is entered, Plaintiffs shall file a
8  bill of costs and a separate motion for attorney's fees, pursuant
9  to Fed. R. Civ. Proc. 54(d) and Local Rules of Civil Procedure for
10 the Northern District, 54-1 and 54-6.  Plaintiffs request that the
11 amounts for the bill of cost and the attorney's fees be added to
12 this Judgment after such Judgment is entered.

15 Dated: _____        _____
                                    Clerk, U.S. District Court
                                    Northern District of California

19 Submitted by:

21 REICH, ADELL & CVITAN
   A Professional Law Corporation

23 By:_____/s/_____
            NEELAM CHANDNA
24       Attorneys for Plaintiffs

-2-

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Blvd., Suite 2000, Los Angeles, California 90010.

    On December 3, 2007, I served the foregoing document described as **[PROPOSED] CLERK'S JUDGMENT BY DEFAULT AGAINST DEFENDANT NELDAM'S DANISH BAKERY, INC.** on the interested parties(s) by placing.

☐ the original    ☒ a true copy thereof

enclosed in a sealed envelope and addressed as set forth:

☒ (By Mail)  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine.  Pursuant to rule 2005(i), I caused the machine to print a transmission record of the transmission.

☒ (Federal Court)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on December 3, 2007, at Los Angeles, California.

                              Maria Hoang