UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TRUSTEES OF THE BAKERY &
CONFECTIONERY WESTERN
CONFERENCE DENTAL FUND
                    Plaintiff(s),

            v.

NELDAM'S DANISH BAKERY, INC.


                    Defendant(s).
_____/

CASE NO. C 07 5095 SI

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have not met and conferred regarding ADR. Plaintiff's Counsel has filed an Application for Default Judgment. Once that judgment is entered, there will be no need to participate in the ADR conference.

~~have not yet reached an agreement to an ADR process~~

request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference January 18, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|------|--------------------|-----------|----------------|
|      |                    |           |                |
|      |                    |           |                |
|      |                    |           |                |
|      |                    |           |                |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 12/27/07

_____
Attorney for Plaintiff

Dated:_____

_____
Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."