```
 1  NEELAM CHANDNA (CSB 192972)
    HIRSCH ADELL (CSB 34208), and
 2  J. DAVID SACKMAN (CSB 106703), Members of
    REICH, ADELL & CVITAN
 3  A Professional Law Corporation
    3550 Wilshire Blvd., Suite 2000
 4  Los Angeles, California 90010
    Telephone: (213) 386-3860
 5  Facsimile: (213) 386-5583
    E-Mail: neelamc@rac-law.com; jds@rac-law.com
 6
    Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY
 7              WESTERN CONFERENCE DENTAL FUND
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>        Plaintiffs,<br><br>   v.<br><br>NELDAM'S DANISH BAKERY, INC.<br><br>        Defendant. | CASE NO. C07 5095 SI<br><br>CASE MANAGEMENT CONFERENCE STATEMENT BY PLAINTIFFS<br><br>[Fed.R.Civ.P. 16(b); Local Rule 16-10]<br><br>**Current Date and Time of Case Management Conference**:<br>Jan. 18, 2008 at 2:00 p.m.<br>U.S. District Court<br>450 Golden Gate Avenue<br>San Francisco, CA  94102-3483<br><br>*Request that Case Management Conference Be Taken Off Calendar or that Plaintiffs Appear Telephonically* |

### I. Procedural History of this Case

A.  <u>Default by Clerk Entered on November 29, 2007</u>

Defendant NELDAM'S DANISH BAKERY, INC. (DEFENDANT), a California corporation, was served by substituted service of the Summons and Complaint pursuant to California Code of Civil

-1-

1  Procedure §415.20 and Fed.R.Civ.P. §4(e)(1) on October 16, 2007.
2  Service was effected on DEFENDANT by delivery of said documents to
3  DEFENDANT to the person apparently in charge at DEFENDANT'S office
4  located at 3401 Telegraph Avenue, Oakland, California 94609, with
5  mailing completed on October 23, 2007.  Default by the Clerk was
6  entered on November 29, 2007.

    B.    Awaiting Entry of Default Judgment
9      On December 3, 2007, Plaintiffs requested this Court to enter
10 default judgment against Defendant for $ 6,562.49.  Plaintiffs
11 requested that after Default Judgment was entered, the Court
12 permit Plaintiffs to file a bill of costs and a separate motion
13 for attorney's fees, pursuant to Fed. R. Civ. Proc. 54(d) and
14 Local Rules of Civil Procedure for the Northern District, 54-1 and
15 54-6.  Plaintiffs requested that the amounts for the bill of cost
16 and the attorney's fees be added to this Judgment after such
17 Judgment is entered.

19     C. Request that Case Management Conference Be Taken Off
20 Calendar or that Plaintiffs Appear Telephonically
21     Because Defendant has failed to make any appearance
22 whatsoever in this matter, Plaintiffs request that the Case
23 Management Conference, currently set for January 18, 2008 at 2:00
24 p.m. be taken off calendar, so that Plaintiffs do not have to
25 incur the attorneys fees and costs of traveling from Southern to
26 Northern California.  Alternatively, Plaintiffs request that they
27 be permitted to appear *by telephone* for the Case Management
28 Conference on January 18, 2008 at 2:00 p.m.

-2-

1  D.  Request that Default Judgment Be Entered Against
2 Defendant <u>with Permission to File Bill of Costs and Motion for</u>
3 <u>Attorney's Fees Thereafter</u>
4  Finally, Plaintiffs request that: (1) they be permitted to
5 file a bill of costs and a separate motion for attorney's fees,
6 pursuant to Fed. R. Civ. Proc. 54(d) and Local Rules of Civil
7 Procedure for the Northern District, 54-1 and 54-6; and (2) the
8 amounts for the bill of cost and the attorney's fees be added to
9 this Judgment after such Judgment is entered.

                                            Respectfully Submitted,

                                            NEELAM CHANDNA,
                                            HIRSCH ADELL, and
                                            J. DAVID SACKMAN, Members of
                                            REICH, ADELL & CVITAN
                                            A Professional Law Corporation

Dated: _____     _____/s/_____
                                            NEELAM CHANDNA
                                              Attorneys for Plaintiffs

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Blvd., Suite 2000, Los Angeles, California 90010.

    On January 3, 2008, I served the foregoing document described as **CASE MANAGEMENT CONFERENCE STATEMENT BY PLAINTIFFS** on the interested parties(s) by placing.

☐ the original      ☒ a true copy thereof

enclosed in a sealed envelope and addressed as set forth:

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine. Pursuant to rule 2005(i), I caused the machine to print a transmission record of the transmission.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on January 3, 2008, at Los Angeles, California.

                             /s/
                            Maria Hoang