**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

January 4, 2008

RE:  CV 07-05095 SI          TRUSTEES OF THE BAKERY AND CONFECTIONERY WESTERN CONFERENCE DENTAL FUND-v- NELDAM'S DANISH BAKERY INC.

Default Judgment by Clerk is declined as to Defendant Neldam's Danish Bakery, Inc. on January 4, 2008.

RICHARD W. WIEKING, Clerk
/s/

by:  Yumiko Saito
Case Systems Administrator