1 | NEELAM CHANDNA (CSB 192972)
HIRSCH ADELL (CSB 34208), and
2 | J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
3 | A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
4 | Los Angeles, California 90010
Telephone: (213) 386-3860
5 | Facsimile: (213) 386-5583
E-Mail: neelamc@rac-law.com; jds@rac-law.com
6
Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY
7 | WESTERN CONFERENCE DENTAL FUND

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12 | TRUSTEES OF THE BAKERY & ] CASE NO. C07 5095 SI
CONFECTIONERY WESTERN CONFERENCE ]
13 | DENTAL FUND, ] **REVISED** CASE MANAGEMENT
] CONFERENCE STATEMENT BY
14 | ] PLAINTIFFS
Plaintiffs, ]
15 | ] [Fed.R.Civ.P. 16(b); Local
v. ] Rule 16-10]
16 | ]
] **Current Date and Time of Case**
17 | NELDAM'S DANISH BAKERY, INC. **Management Conference**:
] Jan. 18, 2008 at 2:00 p.m.
18 | Defendant. ] U.S. District Court
] 450 Golden Gate Avenue
19 | San Francisco, CA  94102-3483

20 | *Request that Case Management*
*Conference Be Taken Off*
21 | *Calendar; that Plaintiffs*
*Appear Telephonically; Or*
22 | *that Such Conference Occur*
*When Motion for Default*
23 | *Judgment is Heard*

24

25

26 | / / /

27 | / / /

28

-1-

## I. Request that Case Management Conference
## Be Taken Off Calendar that Plaintiffs Appear
## Telephonically; or that Such Conference Be <u>Continued</u>

Because Defendant NELDAM'S DANISH BAKERY, INC. has failed to make any appearance whatsoever in this matter, Plaintiffs TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND are filing a Motion for Default Judgment.  Since Defendant has not appeared in this case, Plaintiffs request that the Case Management Conference, currently set for January 18, 2008 at 2:00 p.m. be taken off calendar, so that Plaintiffs do not have to incur the attorneys fees and costs of traveling from Southern to Northern California.

Alternatively, Plaintiffs request that: (1) they be permitted to appear *by telephone* for the Case Management Conference on January 18, 2008 at 2:00 p.m; (2) or that this Case Management Conference be continued to a later time (currently not known) when the Motion for Default Judgment is heard by the Court.  Such date and time will be known once the Motion for Default Judgment is on calendar.

## II. <u>Procedural History of this Case</u>

Default by the Clerk was entered against Defendant on November 29, 2007.  On January 4, 2008, the Court denied entry of default judgment against Defendant.  Plaintiffs are filing a Motion for Default Judgment cotemporaneously with this Request to appear *by telephone* for the Case Management Conference on January

1  18, 2008 at 2:00 p.m; (2) or that this Case Management Conference

2  be continued to a later time (currently not known) when the Motion

3  for Default Judgment is heard by the Court.

4

5

6

7                                    Respectfully Submitted,

8                                    NEELAM CHANDNA,
                                     HIRSCH ADELL, and
                                     J. DAVID SACKMAN, Members of
9                                    REICH, ADELL & CVITAN
                                     A Professional Law Corporation
10

11
   Dated: _____    _____/s/_____
12                                   NEELAM CHANDNA
                                       Attorneys for Plaintiffs
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of
California.  I am over the age of 18 years and not a party to the
within action; my business address is 3550 Wilshire Blvd., Suite
2000, Los Angeles, California 90010.

     On January 7, 2008, I served the foregoing document described
as **REVISED CASE MANAGEMENT CONFERENCE STATEMENT BY PLAINTIFFS** on
the interested parties(s) by placing.

[ ]    the original     [X]    a true copy thereof

enclosed in a sealed envelope and addressed as set forth:

          NELDAM'S DANISH BAKERY
          3401 Telegraph Avenue
          Oakland, CA 94609

[x]    (By Mail)  As follows:  I am "readily familiar" with the
       firm's practice of collection and processing
       correspondence for mailing.  Under that practice it would be
       deposited with U.S. postal service on that same day with
       postage thereon fully prepaid at Los Angeles, California in
       the ordinary course of business.  I am aware that on motion of
       the party served, service is presumed invalid if postal
       cancellation date or postage meter date is more than one day
       after date of deposit for mailing in affidavit.

[ ]    (By Fax) The facsimile machine I used complied with
       California Rules of Court 2003(3) and no error was reported
       by the machine.  Pursuant to rule 2005(i), I caused the
       machine to print a transmission record of the transmission.

[x]    (Federal Court)  I declare that I am employed in the
       office of a member of the bar of this court at whose
       direction the service was made.

     Executed on January 7, 2008, at Los Angeles, California.

                         /s/
                         Maria Hoang