NEELAM CHANDNA (CSB 192972)
HIRSCH ADELL (CSB 34208), and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: neelamc@rac-law.com; jds@rac-law.com

Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY
WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NELDAM'S DANISH BAKERY, INC.<br><br>Defendant. | ] CASE NO. C07 5095 SI<br>]<br>]<br>] DECLARATION OF NEELAM CHANDNA<br>] IN SUPPORT OF DEFAULT<br>] JUDGMENT AND FOR ORDER<br>] ENLARGING TIME TO 21 DAYS TO<br>] FILE MOTION FOR ATTORNEY'S<br>] FEES AND BILL OF COSTS<br>]<br>] [Fed.R.Civ.P. 55(b)(2); Local<br>] Rules 6-3 and 54-6(a)]<br>] |

Date: February 22, 2008
Time: 9:00 a.m.
Ctrm: 10
    450 Golden Gate Ave.
    San Francisco, CA  94102

I, Neelam Chandna, declare as follows:

1.    [Identification/Capacity]  I am an attorney duly
licensed to practice law in the State of California and admitted
to practice before the United States District Court for the
Northern District of California.  I am a member of Reich, Adell &

-1-

154114.1

1  Cvitan, a Professional Law Corporation, attorneys of record for
2  Plaintiffs.  The facts stated herein are within my personal
3  knowledge and if called upon to testify I can truthfully and
4  competently do so as to all matters herein.

5

6      2.   [Infant or Incompetent Person]  Defendant NELDAM'S
7  DANISH BAKERY, INC. is a corporate entity and not a natural
8  person.  Hence, defendant is not an infant or incompetent person.

9

10     3.   [Nonmilitary Status of Defendant]  The Soldiers' and
11 Sailors' Civil Relief Act of 1940, 50 App. U.S.C. § 520, is
12 inapplicable to Defendant, NELDAM'S DANISH BAKERY, INC., a
13 corporate entity.

14

15     4.   [Service of Summons and Complaint/Entry of Default]
16     Defendant NELDAM'S DANISH BAKERY, INC., a California
17 corporation, was served by substituted service of the Summons and
18 Complaint pursuant to California Code of Civil Procedure §415.20
19 and Fed.R.Civ.P. §4(e)(1) on October 16, 2007.  Service was
20 effected on Defendant by delivery of said documents to Defendant
21 to the person apparently in charge at Defendant's office located
22 at 3401 Telegraph Avenue, Oakland, California 94609, with mailing
23 completed on October 23, 2007.  Default by the Clerk was entered
24 on November 29, 2007.

25

26     5.   [Damages Requested]  As alleged in paragraphs 5, 6, and
27 7 of the complaint, and paragraphs (a) through (c) of the prayer
28 for relief, Plaintiffs seek damages, pursuant to contractual

-2-

154114.1

1 | provisions in the collective bargaining agreement and written plan
2 | provisions, as follows:

3

4 |       a.    Delinquent Contributions $ 5,253.00;
5 |       b.    Interest on Contributions    $   258.89;
6 |       c.    Liquidated Damages           $ 1,050.60.

7

8 |       6.    [Attorney Fees and Costs]  As alleged in paragraph (d)
9 | of the prayer for relief, plaintiffs request that attorney's fees
10 | and costs be added to this Default Judgment.  An award of
11 | attorney's fees and costs is mandated by  ERISA § 502(g)(2)(D), 29
12 | U.S.C. § 1132(g)(2)(D).

13

14 |       7.    [Judgment]   Judgment is therefore requested as follows:
15 |       Delinquent Contributions $ 5,253.00
16 |       Interest on Contributions    $   258.89
17 |       Liquidated Damages           $ 1,050.60
18 |            SUBTOTAL:               $ 6,562.49
19 |       As discussed in paragraph 6 above, Plaintiffs request that
20 | the amounts for the bill of cost and the attorney's fees be added
21 | to this Judgment after such Judgment is entered and that such fees
22 | and costs be considered *nunc pro nunc* part of this Judgment, and
23 | not a separate judgment.
24 | / /
25 | / /
26 | 8.    [Request for Enlargement of Time to File Motion for
27 | Attorney's Fees and Bill of Costs]  Plaintiffs request additional
28 | time to file their Motion for Attorney's Fees and a separate Bill

-3-

154114.1

1   of Costs.  Since the monthly billing cycle of the firm ends at the

2   end of a calendar month and this judgment will be heard on

3   February 22, 2008, the extra seven days will permit this office to

4   calculate more accurately the attorney's fees calculated through

5   the end of February 2008.  This extra time will permit accuracy

6   and efficiency in assessing attorney's fees.  Since Defendant has

7   made no appearance in this matter, stipulation of the parties is

8   not possible.

9

10      I declare under penalty of perjury under the laws of the

11   United States of America that the foregoing is true and correct.

12

13      Executed this 7th day of January 2008, at Los Angeles,

14   California.

15

16                            /s/

                                          NEELAM CHANDNA

17                                      Attorneys for Plaintiffs

18

19

20

21

22

23

24

25

26                               PROOF OF SERVICE

27

28   STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

154114.1

1    I am employed in the County of Los Angeles, State of
California.  I am over the age of 18 years and not a party to the
2  within action; my business address is 3550 Wilshire Blvd., Suite
2000, Los Angeles, California 90010.

3

4    On January 7, 2008, I served the foregoing document described
as **DECLARATION OF NEELAM CHANDNA IN SUPPORT OF DEFAULT JUDGMENT
AND FOR ORDER ENLARGING TIME TO 21 DAYS TO FILE MOTION FOR
5  ATTORNEY'S FEES AND BILL OF COSTS** on the interested parties(s) by
placing.

6

7    [ ]   the original      [X]  a true copy thereof

8  enclosed in a sealed envelope and addressed as set forth:

9        NELDAM'S DANISH BAKERY
         3401 Telegraph Avenue
10       Oakland, CA 94609

11

12  [x]  (By Mail)  As follows:  I am "readily familiar" with the
       firm's practice of collection and processing
13     correspondence for mailing.  Under that practice it would be
       deposited with U.S. postal service on that same day with
14     postage thereon fully prepaid at Los Angeles, California in
       the ordinary course of business.  I am aware that on motion
15     of the party served, service is presumed invalid if postal
       cancellation date or postage meter date is more than one day
       after date of deposit for mailing in affidavit.
16

17  [ ]  (By Fax) The facsimile machine I used complied with
       California Rules of Court 2003(3) and no error was reported
18     by the machine.

19  [x]  (Federal Court)  I declare that I am employed in the
       office of a member of the bar of this court at whose
20     direction the service was made.

21

22    Executed on January 7, 2008, at Los Angeles, California.

23                        /s/
                   _____
24                     Maria Hoang

25

26

27

28

                         -5-
154114.1