1  NEELAM CHANDNA (CSB 192972)
   HIRSCH ADELL (CSB 34208), and
2  J. DAVID SACKMAN (CSB 106703), Members of
   REICH, ADELL & CVITAN
3  A Professional Law Corporation
   3550 Wilshire Blvd., Suite 2000
4  Los Angeles, California 90010
   Telephone: (213) 386-3860
5  Facsimile: (213) 386-5583
   E-Mail: neelamc@rac-law.com; jds@rac-law.com
6
   Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY
7              WESTERN CONFERENCE DENTAL FUND

8

9                    UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

12 TRUSTEES OF THE BAKERY &            ] CASE NO. C07 5095 SI
   CONFECTIONERY WESTERN CONFERENCE    ]
13 DENTAL FUND,                        ]
                                       ] [Proposed] Order to Vacate
14                                     ] the Case Management
             Plaintiffs,               ] Conference
15                                     ]
        v.                             ]
16                                     ] Date: January 18, 2008
                                       ] Time: 2:00 p.m.
17 NELDAM'S DANISH BAKERY, INC.        ] Place: U.S. District Court
                                       ] 450 Golden Gate Avenue
18           Defendant.                ] San Francisco, CA  94102
                                       ]
19

20

21

22

23      Because Defendant NELDAM'S DANISH BAKERY, INC. has failed to
24 make any appearance whatsoever in this matter and Plaintiffs
25 TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL
26 FUND filed a Motion for Default Judgment on January 7, 2008, which
27 is currently pending before the Court, the Case Management
28 Conference, currently set for January 18, 2008 at 2:00 p.m., is

-1-

1  vacated.

2

3       BASED UPON THE FOREGOING AND GOOD CAUSE APPEARING THEREFOR,

4       IT IS HEREBY ORDERED THAT the Case Management Conference,

5  currently set for January 18, 2008 at 2:00 p.m. is hereby vacated.

6

7

8  Dated: _____       _____
                                          HON. SUSAN ILLSTON
9                                    United States District Court Judge

10

11
   Submitted by:
12

13 REICH, ADELL & CVITAN
   A Professional Law Corporation
14

15
   By:_____/s/_____
16           NEELAM CHANDNA
          Attorneys for Plaintiffs
17

18

19

20

21

22

23

24

25

26

27

28

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Blvd., Suite 2000, Los Angeles, California 90010.

On January 8, 2008, I served the foregoing document described as **[Proposed] Order to Vacate the Case Management Conference** on the interested parties(s) by placing.

| [ ] the original | [X] a true copy thereof |

enclosed in a sealed envelope and addressed as set forth:

NELDAM'S DANISH BAKERY
3401 Telegraph Avenue
Oakland, CA 94609

[x] (By Mail)  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Fax) The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine.

[x] (Federal Court)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2008, at Los Angeles, California.

/s/
Maria Hoang

-3-