```
 1  NEELAM CHANDNA (CSB 192972)
    HIRSCH ADELL (CSB 34208), and
 2  J. DAVID SACKMAN (CSB 106703), Members of
    REICH, ADELL & CVITAN
 3  A Professional Law Corporation
    3550 Wilshire Blvd., Suite 2000
 4  Los Angeles, California 90010
    Telephone: (213) 386-3860
 5  Facsimile: (213) 386-5583
    E-Mail: neelamc@rac-law.com; jds@rac-law.com
 6
    Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY
 7              WESTERN CONFERENCE DENTAL FUND
 8
 9                    UNITED STATES DISTRICT COURT
10        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
11
12  TRUSTEES OF THE BAKERY &           ] CASE NO. C07 5095 SI
    CONFECTIONERY WESTERN CONFERENCE   ]
13  DENTAL FUND,                       ]
                                       ] [Proposed] Order to Vacate
14                                     ] the Case Management
              Plaintiffs,              ] Conference
15                                     ]
       v.                              ]
16                                     ] Date: January 18, 2008
                                       ] Time: 2:00 p.m.
17  NELDAM'S DANISH BAKERY, INC.       ] Place: U.S. District Court
                                       ] 450 Golden Gate Avenue
18            Defendant.               ] San Francisco, CA  94102
                                       ]
19
20
21
22
23       Because Defendant NELDAM'S DANISH BAKERY, INC. has failed to
24  make any appearance whatsoever in this matter and Plaintiffs
25  TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL
26  FUND filed a Motion for Default Judgment on January 7, 2008, which
27  is currently pending before the Court, the Case Management
28  Conference, currently set for January 18, 2008 at 2:00 p.m., is
```

-1-

1  vacated.

2

3      BASED UPON THE FOREGOING AND GOOD CAUSE APPEARING THEREFOR,

4      IT IS HEREBY ORDERED THAT the Case Management Conference,

5  currently set for January 18, 2008 at 2:00 p.m. is hereby vacated.

6

7

8  Dated: _____   _____
                                      HON. SUSAN ILLSTON
9                                United States District Court Judge

10

11
   Submitted by:
12

13 REICH, ADELL & CVITAN
   A Professional Law Corporation
14

15
   By:_____/s/_____
16          NEELAM CHANDNA
         Attorneys for Plaintiffs
17

18

19

20

21

22

23

24

25

26

27

28

-2-

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Blvd., Suite 2000, Los Angeles, California 90010.

On January 8, 2008, I served the foregoing document described as **[Proposed] Order to Vacate the Case Management Conference** on the interested parties(s) by placing.

[ ]  the original    [X]  a true copy thereof

enclosed in a sealed envelope and addressed as set forth:

    NELDAM'S DANISH BAKERY
    3401 Telegraph Avenue
    Oakland, CA 94609

[x]  (By Mail)  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (By Fax) The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine.

[x]  (Federal Court)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2008, at Los Angeles, California.

                              /s/
                          Maria Hoang