NEELAM CHANDNA (CSB 192972)
HIRSCH ADELL (CSB 34208), and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: neelamc@rac-law.com; jds@rac-law.com

Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NELDAM'S DANISH BAKERY, INC.<br><br>Defendant. | CASE NO. C07 5095 SI<br><br>REPLY BRIEF OF PLAINTIFFS' IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND TO ENLARGE TIME TO FILE MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS; MEMORANDUM OF POINTS AND AUTHORITIES<br><br>[Fed.R.Civ.P. 55(b)(2); Local Rule 7-3(c)]<br><br>Date: February 22, 2008<br>Time: 9:00 a.m.<br>Ctrm: 10<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |

**MEMORANDUM OF POINTS AND AUTHORITIES**

I.  Facts

On January 7, 2008, Plaintiffs Trustees of the Bakery & Confectionery Western Conference Dental Fund filed a motion for default judgment against defendant NELDAM'S DANISH BAKERY, INC. (Neldam's), a California corporation, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Plaintiffs also filed

-1-

155022.1

therein a motion to enlarge up to 21 days for filing a Motion for Attorney's Fees and Bill of Costs pursuant to Local Rules 6-3 and 54-6(a).

Defendant Neldam's has failed: (1) to appear in this case; (2) to file a timely opposition (let alone any opposition) pursuant to Local Rule 7-3(a); and (3) to file a Statement of Nonopposition as required by Local Rule 7-3(b).

## II. Conclusion

Plaintiffs request that Defendant Neldam's failure to timely file and serve an opposition be deemed as consent to Plaintiffs' Motion for Default Judgment and to Enlarge Time to File a Motion for Attorney's Fees and Bill of Costs.

Plaintiffs request that the Court hear this motion on the papers. If the Court should decline this particular request, the Court has already granted Plaintiffs' request to appear *telephonically* at the hearing scheduled for February 22, 2008 at 9:00 a.m at Courtroom 10 of this Court, located at 450 Golden Gate Avenue, San Francisco, California 94102. Thus, Plaintiffs shall appear telephonically at such hearing.

Respectfully Submitted,
REICH, ADELL & CVITAN
A Professional Law Corporation

Dated: 2/4/08

_____
NEELAM CHANDNA
Attorneys for Plaintiffs

-2-