PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Blvd., Suite 2000, Los Angeles, California 90010.

On February 4, 2008, I served the foregoing document described as **REPLY BRIEF OF PLAINTIFFS' IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AND TO ENLARGE TIME TO FILE MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS; MEMORANDUM OF POINTS AND AUTHORITIES** on the interested parties(s) by placing.

[ ] the original   [X] a true copy thereof enclosed in a sealed envelope and addressed as set forth:

> NELDAM'S DANISH BAKERY
> 3401 Telegraph Avenue
> Oakland, CA 94609

[X] (By Mail)  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Fax) The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine.

[X] (Federal Court)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 4, 2008, at Los Angeles, California.

_____
Maria Hughes

-3-