NEELAM CHANDNA (CSB 192972)
HIRSCH ADELL (CSB 34208), and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: neelamc@rac-law.com; jds@rac-law.com

Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY
            WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>            Plaintiffs,<br><br>    v.<br><br>NELDAM'S DANISH BAKERY, INC.<br><br>            Defendant. | CASE NO. C07 5095 SI<br><br>[PROPOSED] ORDER AND JUDGMENT BY DEFAULT AGAINST DEFENDANT NELDAM'S DANISH BAKERY, INC. AND ORDER ENLARGING TIME TO 21 DAYS TO FILE MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS<br><br>[Fed.R.Civ.P. 55(b)(2); Local Rules 6-3 and 54-6(a)] |

    The motion of Plaintiffs TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND for entry of Default Judgment came before this court on February 22, 2008.  Upon consideration of the papers and evidence presented, the Court grants Plaintiff's motion.

    IT IS THEREFORE ORDERED THAT JUDGMENT be entered in favor of Plaintiffs TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN

1  CONFERENCE DENTAL FUND against Defendant NELDAM'S DANISH BAKERY,
2  INC., a California corporation (Neldam's), for the amount of
3  $6,562.49, as follows:
4
5     (a) Delinquent contributions under 29 U.S.C. §
6         1132(g)(2)(A) totaling $ 5,253.00
7     (b) Interest on the delinquent contributions in paragraph
8         "(a)" above in the sum of $ 258.89 under 29 U.S.C. §
9         1132(g)(2)(B); and
10    (c) Liquidated Damages under 29 U.S.C. § 1132(g)(2)(C)(ii) in
11        the sum of $ 1,050.60, or 20% of the total contributions owed.
12
13     IT IS FURTHER ORDERED THAT Plaintiffs are entitled to fees
14 and costs against Neldam's, pursuant to 29 U.S.C.
15 § 1132(g)(2)(D) and the parties' written agreements.  Plaintiffs
16 shall file a bill of costs and a separate motion for attorney's
17 fees, pursuant to Fed. R. Civ. Proc. 54(d) and Local Rules of
18 Civil Procedure for the Northern District, 54-1 and 54-6, except
19 that Plaintiffs shall have 21 days from the entry of this Judgment
20 to file the motion.  Any award of fees and costs shall be
21 considered *nunc pro tunc* part of this Judgment, and not a separate
22 judgment.
23
24 Dated: __2/22/08_____    _____
25                                   HON. SUSAN ILLSTON
                                     United States District Court Judge
26
27
28 Submitted by:

-2-

```
REICH, ADELL & CVITAN
A Professional Law Corporation


By:_____/s/_____
         NEELAM CHANDNA
      Attorneys for Plaintiffs
```

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Blvd., Suite 2000, Los Angeles, California 90010.

    On January 7, 2008, I served the foregoing document described as **[PROPOSED] ORDER AND JUDGMENT BY DEFAULT AGAINST DEFENDANT NELDAM'S DANISH BAKERY, INC. AND ORDER ENLARGING TIME TO 21 DAYS TO FILE MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS** on the interested parties(s) by placing.

[ ]  the original     [X]  a true copy thereof

enclosed in a sealed envelope and addressed as set forth:

    NELDAM'S DANISH BAKERY
    3401 Telegraph Avenue
    Oakland, CA 94609

[x] (By Mail)  As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Fax) The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine.

[x] (Federal Court)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on January 7, 2008, at Los Angeles, California.

                                    /s/
                                Maria Hoang