UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 2/22/08

Case No.   C-07-5095 SI          Judge:   SUSAN ILLSTON

Title: TRUSTEES  -v- NELDAM'S

Attorneys: N. Chandna - phone

Deputy Clerk:  Tracy Sutton   Court Reporter: J. Conzalez

**PROCEEDINGS**

1)   Motion for Entry of Default Judgment and to Enlarge time to file Motion for Fees- HELDX

2)

3)

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  (X) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                           PART

Case continued to    @ **2:30 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: