```
 1  HIRSCH ADELL (CSB 34208),
    NEELAM CHANDNA (CSB 192972), and
 2  J. DAVID SACKMAN (CSB 106703), Members of
    REICH, ADELL & CVITAN
 3  A Professional Law Corporation
    3550 Wilshire Blvd., Suite 2000
 4  Los Angeles, California 90010-2421
    Telephone: (213) 386-3860
 5  Facsimile: (213) 386-5583
    E-Mails: neelamc@rac-law.com
 6  Attorneys for Plaintiffs TRUSTEES OF THE BAKERY & CONFECTIONERY
                        WESTERN CONFERENCE DENTAL FUND
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND, | Case No. C07 5095 SI |
| Plaintiffs, | [PROPOSED] ORDER and JUDGMENT AWARDING ATTORNEY'S FEES AND COSTS |
| vs. | Date: April 18, 2008<br>Time: 9:00 a.m.<br>Ctrm: 10<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 |
| NELDAM'S DANISH BAKERY, INC., | |
| Defendant. | |

Upon the motion of plaintiffs Trustees of the Bakery & Confectionery Western Conference Dental Fund for an award of attorney's fees and costs pursuant to 29 U.S.C. § 1132(g)(2)(D), good cause appearing, and there being no opposition to the motion, the motion is hereby GRANTED.

Based upon the evidence submitted and *United Steelworkers of America v. Retirement Income Plan for Hourly-Rated Employees of Asarco, Inc.*, 512 F.3d 555, 564 (9th Cir. 2008), the Court FINDS that the blended hourly rate of $300.00 for ERISA-related work for

::ODMA\PCDOCS\RACC\155941\1

attorneys and $105.00 an hour for paralegals were reasonable; that a total of 27.8 hours were reasonably spent on the case by attorneys (including time on the fee motion), and that a total of 8.3 hours was reasonably spent on the case by paralegals, so that the total fee amount is $9,211.50.

    The Court THEREFORE ORDERS that an award of fees in the amount of $9,211.50 be added to plaintiffs' judgment entered February 22, 2008, as to defendant NELDAM'S DANISH BAKERY, INC., a California corporation (Neldam's).

    IT IS ADDITIONALLY ORDERED THAT costs be awarded against defendant Neldam's in the amount of $414.48 and added to plaintiffs' judgment entered February 22, 2008.

IT IS SO ORDERED.

DATED: _____

                                            Hon. Susan Illston
                                            United States District Court Judge

Submitted by:

REICH, ADELL & CVITAN
A Professional Law Corporation

By: *[signature]*
    Neelam Chandna
    Attorneys for Plaintiffs

::ODMA\PCDOCS\RACC\155941\1