HIRSCH ADELL (CSB 34208),
NEELAM CHANDNA (CSB 192972), and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: neelamc@rac-law.com
Attorneys for Plaintiffs TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>    Plaintiffs,<br><br>  vs.<br><br>NELDAM'S DANISH BAKERY, INC.,<br><br>    Defendant. | Case No. C07 5095 SI<br><br>DECLARATION OF NEELAM CHANDNA IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND COSTS<br><br>Date:  April 18, 2008<br>Time:  9:00 a.m.<br>Ctrm:  10<br>       450 Golden Gate Avenue<br>       San Francisco, CA  94102 |

I, Neelam Chandna, declare as follows:

1. [IDENTIFICATION] I am an attorney admitted to practice before this Court, and a member of the firm of Reich, Adell & Cvitan (Firm), attorneys for the plaintiffs in this action. I have had responsibility for prosecution of this action. Plaintiffs Trustees of the Bakery & Confectionery Western Conference Dental Fund are fiduciaries and administrators of the Bakery & Confectionery Western Conference Dental Fund (Fund).

- 1 -

::ODMA\PCDOCS\RACC\155938\1

2.  [Adell RESUME] Hirsch Adell is a partner with this Firm. I am informed and believe that his qualifications are as follows. He received his J.D. from the University of California, Los Angeles School of Law, in 1963. He has practiced labor, employment, and benefits law since then. His honors and awards include "Best Lawyers in America" and "Who's Who in American Law." He is also admitted, and has practiced, before the U.S. District Courts, Central and Northern Districts of California, and the Ninth Circuit Court of Appeals. He is one of the founding members of this Firm, which was founded 30 years ago.

3.  [Sackman RESUME] J. David Sackman is a senior attorney, who has been associated with this Firm since 1988. I am informed and believe that his qualifications are as follows. He received his J.D. from the University of California, Berkeley, Boalt School of Law, in 1982. He has practiced labor, employment, and benefits law exclusively since then. He belongs to the Employee Benefits Committee of the Labor and Employment Section of the American Bar Association (ABA) and the AFL-CIO Lawyers Coordinating Committee. He has been a contributing author to *Employee Benefits Law* (ABA 2d Ed. 2000) and its annual supplements since then. He is also admitted, and has practiced, before U.S. District Courts in the Central and Northern Districts of California, the Ninth Circuit Court of Appeals, and the U.S. Supreme Court. Approximately 85% of his current practice involves ERISA and benefits litigation.

4.  [Chandna RESUME] I am a 9th year associate with the Firm. I graduated from Northeastern University School of Law in 1997 and

::ODMA\PCDOCS\RACC\155938\1

was admitted to practice in California in 1997 as well. I am also admitted before the U.S. Central and Northern District Courts of California and the Ninth Circuit Court of Appeals. I have been a contributing author to *Employee Benefits Law* (ABA 2d Ed. 2000) and its annual supplements since then. I have recently spoken at a conference held by the Employee Benefits Committee of the Labor and Employment section of the ABA and will speak on the fundamentals of ERISA at an upcoming conference held by the AFL-CIO Lawyers Coordinating Committee in May 2008. Since 1997, my practice has focused on ERISA, ERISA litigation, and employment law.

5. [OTHER PROFESSIONALS] Maria L. Hughes-Hoang, a paralegal with the Firm, has also worked on this case.

6. [FIRM RESUME] Reich, Adell & Cvitan is a professional corporation which was founded 30 years ago for the purpose of providing the highest quality legal representation for unions, employees and collectively-bargained trust funds. The firm has concentrated on this area of practice and has developed a reputation for the highest quality representation in this area of the law.

7. [TIME RECORD PROCEDURE] All attorneys in our firm are required to keep regular records of the time spent each day on each case. The amount of time spent on each activity is recorded immediately after the activity. These records are then input into our computer, which sorts the activity and time by attorney, client and matter. Before billing, these records are reviewed by a partner and the office administrator and time has been eliminated from the

::ODMA\PCDOCS\RACC\155938\1

bill based upon the firm's billing discretion.  These records are maintained, both as computer data and hard copy, as regular business records of the firm.

8.   [TIME RECORDS]  Attached as Exhibit 1 is a copy of records showing hours worked on this case from September 2007 through February 2008.  These records are either copies or reprints of the bills which are generated by the computer from contemporaneous time records.  They have been redacted to eliminate confidential or irrelevant information, such as records of other cases and client payment history.  The initials on these records reflect the time of the following individuals:

    HA   Hirsch Adell
    DS   J. David Sackman
    NC   Neelam Chandna
    MLH  Maria L. Hughes-Hoang

9.   [ACTIVITIES IN THIS CASE]  The time spent by paralegal Maria L. Hughes-Hoang on this case involved preparing service-related documents, pleadings, electronic filing, and managing documents.  Prior to entry of the Defendant's default in this matter, I had extensive discussions with the defendant's bookkeeper, Debbie Buracker, in an attempt to resolve this matter without resorting to litigation.  I also spent time drafting pleadings, becoming familiar with the Local Rules of the Northern District, and performing legal research.

/ / /
/ / /

10. [TIME ON ATTORNEY FEE APPLICATION] I spent 4.5 hours reviewing the billing record, pleading file, and preparing this application. I expect to spend an additional 30 minutes preparing and appearing at the telephonic hearing on the fee and costs motion.

11. [REASONABLE ATTORNEY'S FEE FOR ERISA-RELATED LEGAL WORK] In 2006, the court found in *Terence L. Young v. Green Epstein Bacino Productions, Inc.*, C.D. Cal. No. CV-06-1967 RGK, that the reasonable rate was $250 an hour in ERISA-related actions for all fourth-year associates and above. The Court also found the same rates to be reasonable in the case of *Terence L. Young v. Classic Media Productions, Inc.*, Case No. CV 06-1968 DDP. Copies of these decisions are attached as Exhibits 2 and 3, respectively.

Because of this Firm's expertise in ERISA, the Firm typically charges its trust fund clients a blended hourly rate of $300 for ERISA-related legal work performed by its attorneys. The Firm has charged this particular client a lower blended hourly rate of $225 for ERISA-related legal work, only because of the Firm's long-standing relationship with the client. Considering the cases cited above and adjusting for inflation, an hourly rate of $300.00 is a reasonable rate for attorney's work performed in ERISA actions from fall 2007 through spring 2008.

12. [REASONABLE PARALEGAL'S FEE] In 1999, the court found in *American Benefit Plans Administrators, Inc. v. Tri-County Drilling, Inc.*, C.D. Cal. No. CV-98-1884 CM, that the reasonable rate for paralegals was $90.00. Adjusting for inflation, an hourly rate of $105.00 is a reasonable rate for work performed in 2007-08. A copy of this decision is attached as Exhibit 4. This firm customarily bills out its paralegals at the hourly rate of $105.00.

13. **[CALCULATION OF FEES]** Based on the hours listed in Exhibit 1, and the rates described above, the amount of fees are as follows:

**Attorney Hours:**

| | | | | | |
|---|---|---|---|---|---|
| HA hours | 0.8 | X | $300.00 | = | $   240.00 |
| DS hours | 1.5 | X | $300.00 | = | $   450.00 |
| NC hours | 25.5 | X | $300.00 | = | $ 7,650.00 |
| SUBTOTAL | 27.8 Hours | | | = | $ 8,340.00 |

**Paralegal Hours:**

| | | | | | |
|---|---|---|---|---|---|
| MLH hours | 8.3 | X | $105.00 | = | $   871.50 |
| | | | TOTAL | = | $9,211.50 |

The time shown above includes an additional 5.0 hours for time spent in the preparation and litigation of this motion. See ¶ 10.

14. **[COSTS]** Section 33 of the Trust Agreement of the Fund provides it shall be awarded all attorney's fees and costs for prosecuting this action. A true and correct copy of the relevant provision from the Trust Agreement of the Fund is attached hereto as Exhibit 5. The costs incurred are itemized in the accompanying Bill of Costs. The costs total $414.48. All of these costs were billed to the client, and are also documented in detail in Exhibit 1 to this declaration.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 10th day of March 2008, in the County of Los Angeles, State of California.

_Neelam C_____
Neelam Chandna

::ODMA\PCDOCS\RACC\155938\1