HIRSCH ADELL (CSB 34208),
NEELAM CHANDNA (CSB 192972), and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails: neelamc@rac-law.com
Attorneys for Plaintiffs TRUSTEES OF THE BAKERY & CONFECTIONERY
WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>NELDAM'S DANISH BAKERY, INC.,<br><br>Defendant. | Case No. C07 5095 SI<br><br>NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS<br><br>[L.R. 54-1]<br><br>Date:  April 18, 2008<br>Time:  9:00 a.m.<br>Ctrm:  10<br>         450 Golden Gate Avenue<br>         San Francisco, CA  94102 |

NOTICE IS HEREBY GIVEN that pursuant to the Court Order dated February 22, 2008 [Docket No. 20], that granted Plaintiffs TRUSTEES OF THE BAKERY CONFECTIONERY WESTERN CONFERENCE DENTAL FUND, 21 days (from aforementioned date) in which to submit a bill of costs, plaintiffs hereby make an application to the Clerk for a bill of costs.  If the Clerk does not award the bill of costs, plaintiffs request that a hearing to tax costs (along with the motion for attorney's fees) be heard on Friday, April 18, 2008 at 10:00 a.m. in

- 1 -

::ODMA\PCDOCS\RACC\156007\1

Courtroom 10 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 10, 2008

REICH, ADELL & CVITAN
A Professional Law Corporation

By: /s/ Neelam Chandna
Neelam Chandna
Attorneys for Plaintiffs

::ODMA\PCDOCS\RACC\156007\1