<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Blvd., Suite 2000, Los Angeles, California 90010.

  On March 10, 2008, I served the foregoing document described as **NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS** on the interested parties(s) by placing.

☐ the original  ☒ a true copy thereof

enclosed in a sealed envelope and addressed as set forth:

  NELDAM'S DANISH BAKERY
  3401 Telegraph Avenue
  Oakland, CA 94609

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  Executed on March 10, 2008, at Los Angeles, California.

         _____
            Maria Hughes