EXHIBIT "1"

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611011985
Cashier ID: sprinka
Transaction Date: 10/03/2007
Payer Name: reich adell and cvitan
------------------------------------
CIVIL FILING FEE
 For: reich adell and cvitan
 Case/Party: D-CAN-3-07-CV-005095-001
 Amount:         $350.00
------------------------------------
CHECK
 Check/Money Order Num: 679
 Amt Tendered: $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

si

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

**REICH ADELL & CVITAN**                                                                                   6 7
  CLERK, U.S. DISTRICT COURT                                                    10/2/2007
  6090 · Client Cost                    BT300.009                                                        350.00
                                        FILING COMPLAINT
                                        HA/va

Cash in Bank - 2007                                                                                      350.00

Exhibit "1", Page 3

EXHIBIT "2"

# All-N-One Legal Support, Inc.
## 1545 Wilshire Blvd Suite 715
## Los Angeles, CA 90017
## (213) 202-3990  Fax: (213) 202-3996

| | |
|---|---|
| **INVOICE DATE:** 10/23/2007 | **INVOICE NUMBER:** 021922-1 |

Client No. 1068  Route#: 0
Client **Reich, Adell & Cvitan, a PLC**
Address **3550 Wilshire Blvd, Suite 2000**
**Los Angeles, CA 90010**
Phone: **(213) 386-3860**   Fax: **(213) 386-5583**
Client File No.: **BT300.009**
Contact: **Maria**

---

Case No.: **C 07 5095 SI**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **Trustees of the Bakery & Confectionery Western Conference Dental Fund**
Defendant: **Neldam's Danish Bakery, Inc.**
Servee: **Neldam's Danish Bakery, Inc.**

---

Documents:
**summons;complaint;Certification as to Interested Parties; Order Setting Initial Case Management Conference and ADR Deadlines;Case Management Conference Order;Notice of Availability of Magistrate Judge to Exercise Jurisdiction;ECF Registration Information Handout;Welcome to the U.S. District Court San Francisco;Civil Cover Sheet**

---

| DESCRIPTION | SERVICES | CHARGES |
|---|---|---|
| **Served: Neldam's Danish Bakery, Inc. at 3401 Telegraph Ave., Oakland, CA 94609.** | Sub Service<br>Postage | 63.00<br>1.48 |
| | **INVOICE TOTAL** | **$ 64.48** |

Exhibit "2", Page 4

Order#: 021922-1/GINV