NEELAM CHANDNA (CSB 192972)
HIRSCH ADELL (CSB 34208), and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: neelamc@rac-law.com;
jds@rac-law.com

Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY
WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>    Plaintiffs,<br><br>  v.<br><br>NELDAM'S DANISH BAKERY, INC.<br><br>    Defendant. | CASE NO. C07 5095 SI<br><br>REPLY BRIEF OF PLAINTIFFS' IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND BILL OF COSTS; MEMORANDUM OF POINTS AND AUTHORITIES; REQUEST BY PLAINTIFF'S COUNSEL TO APPEAR TELEPHONICALLY AT HEARING<br><br>[Fed.R.Civ.P. 54(d); Local Rules 54-1 and 54-6)]<br><br>Date: April 18, 2008<br>Time: 9:00 a.m.<br>Ctrm: 10<br>   450 Golden Gate Ave.<br>   San Francisco, CA  94102 |

**MEMORANDUM OF POINTS AND AUTHORITIES**

I.   Facts

On March 10, 2008, Plaintiffs Trustees of the Bakery & Confectionery Western Conference Dental Fund filed a motion for reasonable attorney's fees and accompanying bill of costs against defendant NELDAM'S DANISH BAKERY, INC. (Neldam's), a California corporation, pursuant to Rule 54(d) of the Federal Rules of Civil

-1-

156730.1

Procedure. [Docket No(s). 22 and 25]. Plaintiff seek $9,211.50 in attorney's fees and $414.48 in costs, for a total of $9,625.98 pursuant to ERISA § 502(g)(2)(D), 29 U.S.C. § 1132(g)(2)(D).

Previously, on February 22, 2008, the Court issued a default judgment against Neldam's of $6,562.49 [Docket No. 20]. At that time, the Court also granted Plaintiffs' motion to enlarge time to file the motion for attorney's fees and bill of costs within 21 days after default judgment was entered. [*Ibid.*]. Plaintiffs promptly filed the motion for attorney's fees and the accompanying bill of costs. [Docket No(s). 22 and 25].

Defendant Neldam's has failed: (1) to appear in this case; (2) to file a timely opposition (let alone any opposition) pursuant to Local Rule 7-3(a); and (3) to file a Statement of Nonopposition as required by Local Rule 7-3(b).

## II. Conclusion

Plaintiffs request that Defendant Neldam's failure to timely file and serve an opposition be deemed as consent to Plaintiffs' Motion for Attorney's Fees and Bill of Costs.

Plaintiffs also request that the Court permit Plaintiffs to appear *telephonically* at the hearing scheduled for April 18, 2008 at 9:00 a.m at Courtroom 10 of this Court, located at 450 Golden Gate Avenue, San Francisco, California 94102.

Respectfully Submitted,
REICH, ADELL & CVITAN

Dated: April 2, 2008

NEELAM CHANDNA
Attorneys for Plaintiffs

-2-