*WHEN RECORDED MAIL TO:*

Neelam Chandna, Esq. (SBN 192972)
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
(213)386-3860

BT300.009

UNITED STATES DISTRICT COURT
NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND, <br><br> PLAINTIFF(S), <br> v. <br> NELDAM'S DANISH BAKERY, INC. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 07 5095 SI <br><br><br> ABSTRACT OF JUDGMENT/ORDER |

I certify that in the above-entitled action and Court, Judgment/Order was entered on <u>February 22, 2008 and an Order Awarding Plaintiff Resonable Attorney's Fees and Costs was entered on April 15, 2008.</u>
in favor of <u>Trustees of the Bakery & Confectionery Western Conference Dental Fund</u>

whose address is <u>c/o REICH, ADELL, & CVITAN, 3550 Wilshire Blvd., Suite 2000, Los Angeles, CA 90010-2421</u>

and against <u>Neldam's Danish Bakery, Inc., a California corporation</u>

whose last known address is <u>3401 Telegraph Avenue, Oakland, CA 94609</u>
for $ <u>6,303.60</u>            Principal, $ <u>258.89</u>                        Interest,
$ <u>414.48</u>                   Costs, and $ <u>5,192.00</u>                    Attorney Fees.

ATTESTED this _____ day of _____, ____.

Judgment debtor's driver's license no. and state; _____ [X] Unknown.

Judgment debtor's Social Security number; _____ [X] Unknown.

[X] No stay of enforcement ordered by Court

[ ] Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

3401 Telegraph Avenue

Oakland, CA 94609

CLERK, U.S. DISTRICT COURT
**RICHARD W. WIEKING**
By _____ APR 2008
Deputy Clerk

**NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.**

G-18 (06/01)            ABSTRACT OF JUDGMENT/ORDER            ORIGINAL CCD-G18