Neelam Chandna (CSB 192972)
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
(213)386-3860

# UNITED STATES DISTRICT COURT
## NORTHERN ~~CENTRAL~~ DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND, **PLAINTIFF(S)** | CASE NUMBER<br><br>C07 5095 SI |
| v.<br>NELDAM'S DANISH BAKERY, INC.<br><br>**DEFENDANT(S).** | **AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION** |

[X] State of California, County of  SAN FRANCISCO
[ ] State of _____, County of _____

I, NEELAM CHANDNA hereby state under penalty of perjury that,

1. Judgment for $ 6,562.49 was entered on February 22, 2008 on the docket of the above-entitled action in the U.S. District Court, ~~Northern~~ District of California in favor of Trustees of the Bakery & Confectionery Western Conference Dental Fund as Judgment Creditor, and against NELDAM'S DANISH BAKERY, INC. as Judgment Debtor.

   \* on April 15, 2008, an Order \*
   \* Granting Attorneys' Fees & Costs for $5,606.48 was also entered

   **If this is a Registered Judgment from another Court or District, include the following information.\*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number _____ in the United States District Court for the _____ District of _____ and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of judgment in the _____ District of _____ are the following sums:

   $ ____41.14____ accrued interest, computed at __2.10__ % *(See note.)*
   $ ____0.00_____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, State of California, this 9th date of May, 2008.

_____
Signature
Neelam Chandna

**\*Note: Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.**

CV-24 (06/01)    AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION    CCD-24