```
NEELAM CHANDNA (CSB 192972)
HIRSCH ADELL (CSB 34208), and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: neelamc@rac-law.com;
jds@rac-law.com
```

Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NELDAM'S DANISH BAKERY, INC.<br><br>Defendant. | CASE NO. C07 5095 SI<br><br>REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS AND ORDER THEREON<br><br>[F.R.C.P. RULE 4.1(a)] |

TO: CLERK OF THE UNITED STATES DISTRICT COURT:

Plaintiff in the above action hereby requests that a registered California process server, (hereinafter referred to as "Process Server"), be specifically appointed to serve any Writ of Execution in this action and represents that:

1. Process Server is competent and not less than eighteen (18) years of age.

2. Process Server is not and will not be a party to this action.

-1-

3. Process Server is a California process server duly registered in San Francisco County.

4. Granting this request will effect substantial savings in time and travel fees of the United States Marshal who shall remain the levying officer pursuant to California Code of Civil Procedure § 699.080.

Dated: May 12, 2008

REICH, ADELL & CVITAN
A Professional Law Corporation

By: _____
NEELAM CHANDNA
Attorneys for Plaintiff/
Judgment Creditor

**IT IS SO ORDERED:**

DATED: _____        _____
                              HON. SUSAN ILLSTON
                              United States District Court Judge

-2-