# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | Trustees of the Bakery & Confectionery Western Conference Dental Fund | COURT CASE NUMBER C07 5095 SI |
|---|---|---|
| DEFENDANT | Neldam's Danish Bakery, Inc. | TYPE OF PROCESS Writ of Execution - Levy |

**SERVE** ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Comerica Bank of California

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
1442 N. Main Street, Walnut Creek, CA 94596

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Neelam Chandna, Esq.
REICH, ADELL & CVITAN
3550 Wilshire Blvd., Suite 2000
Los Angeles, CA 90010

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Please levy any and all monies due, owing and payable to Judgment Debtor. Any and all monies and all personal property in Comerica Bank's possession, custody or control in which the Debtor has any interest or in a fictitious business name where the account holder is the Debtor. This includes, but is not limited to savings and checking accounts (acct no.: 1891550269)., money market accounts, certificate of deposit accounts and contents of safe deposit boxes.
** THE MARSHAL TO COMPLETE LEVY AFTER SERVICE BY REGISTERED PRIVATE PROCESS SERVER**

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER (213) 386-3860
DATE 05/20/08

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)*
Total Process: 1
District of Origin No. 11
District to Serve No. 11
Signature of Authorized USMS Deputy or Clerk
Date: 6/4/08

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*
Date of Service / Time / am/pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | | | $45.00 | $45.00 | |

REMARKS: 6/4/08 - RPS

Served on 6/13/08
Mailed on 6/13/08

**PRIOR EDITIONS MAY BE USED**     **1. CLERK OF THE COURT**     FORM USM-285 (Rev. 12/15/80)

| | | |
|---|---|---|
| 1. | NEELAM CHANDNA, SBN 192972 | LEVYING OFFICER: |
| | REICH, ADELL & CVITAN | U.S. MARSHALL NORTHERN DISTRICT |
| 2. | A Professional Law Corporation | 450 GODLEN GATE AVENUE |
| | 3550 WILSHIRE BLVD., SUITE 2000 | P.O. BOX 36056 |
| 3. | LOS ANGELES, CA 90010 | SAN FRANCISCO, CA 94102 |

4.

## UNITED STATES DISTRICT COURT

5.

6.

'7.  TRUSTEES OF THE BAKERY & CONFECTIONARY WESTERN CONFERENCE DENTAL FUND **Plaintiff**

8.  vs.

9.  NELDAM'S DANISH BAKERY, INC.

10.

11.  Defendant

### PROOF OF SERVICE
### BANK LEVY

Levy Number:  **E418206**

Case Number:  **C07 5095 SI**

12. I, **DAMON PULIDO**, declare that I am over the age of 18 and not a party to the above entitled action. I served the:

13. **WRIT OF EXECUTION, NOTICE OF LEVY, and MEMORANDUM OF GARNISHEE (2)**

14. On **6/13/2008** at **4:55PM** I personally served:

15. **COMERICA BANK OF CALIFORNIA**
16. **1442 N. MAIN STREET**
    **WALNUT CREEK, CA 94596**

17. By serving: **CHRISTOPHER COUTELIER**, whose title is: **VICE PRESIDENT**

18. I served a copy of the following documents:
    **WRIT OF EXECUTION, NOTICE OF LEVY, and LIST OF EXEMPTIONS**

19.
20. By mailing them is a sealed envelope with postage fully prepaid and by depositing the envelope in the **U.S. POST OFFICE** at **WALNUT CREEK, CALIFORNIA.**

21. Said documents were mailed on **6/13/2008**. The name and address shown on the envelope is as follows:
22. **NELDAM'S DANISH BAKERY, INC.**
    **3401 TELEGRAPH AVENUE**
23. **OAKLAND, CA 94609**

24. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed in Walnut Creek, California on **6/16/2008**.

25.
26. **ALL N ONE LEGAL SUPPORT**
    **1545 WILSHIRE BLVD., STE 715**
    **LOS ANGELES, CA 90017**
    **213-202-3990**

REGISTERED PROCESS SERVER
CONTRA COSTA COUNTY#672

(stamp: NORTHERN DISTRICT OF CALIFORNIA 08 JUN 17 PM 3:06 / RECEIVED UNITED STATES MARSHAL)