NEELAM CHANDNA (CSB 192972)
HIRSCH ADELL (CSB 34208), and
J. DAVID SACKMAN (CSB 106703), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mail: neelamc@rac-law.com

Attorneys for PLAINTIFFS TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND,<br><br>Plaintiffs,<br><br>v.<br><br>NELDAM'S DANISH BAKERY, INC.<br><br>Defendant. | CASE NO. C07 5095 SI<br><br>ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT |

On February 22, 2008, an order and judgment by default was entered (hereinafter "Judgment"), and on April 15, 2008 an order awarding attorney fees and costs was entered (hereinafter "Order") in this action in favor of the plaintiff, TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE DENTAL FUND (hereinafter "TRUSTEES"), and against defendant NELDAM'S DANISH BAKERY, INC., (hereinafter "NELDAM'S").  The Judgment has not been renewed.

The address of TRUSTEES is: c/o Reich, Adell & Cvitan, 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-

1  2421.  The last known address of the NELDAM'S is 3401 Telegraph
2  Avenue, Oakland, CA 94609.
3      **TRUSTEES OF THE BAKERY & CONFECTIONERY WESTERN CONFERENCE**
4  **DENTAL FUND, hereby acknowledge full satisfaction of the Judgment**
5  **and Order.**
6      An Abstract of Judgment was recorded against the Judgment
7  Debtor in the following county:
8
9      County            Recording Date           Instrument No.
10     Alameda           April 29, 2008           2008144035
11
12 **NOTICE TO JUDGMENT DEBTOR**:  This Acknowledgment of Full
13 Satisfaction of Judgment (or a court clerk's certificate of
14 satisfaction of judgment or a release of judgment lien) will have
15 to be recorded with the county recorder of Alameda County to
16 release the judgment lien on your real property in that county.
17
18      A Notice of Judgment Lien was filed with the California
19 Secretary of State as follows:
20
21      Recording Date       Instrument No.
22      April 22, 2008       08-7155368770
23
24 **NOTICE TO JUDGMENT DEBTOR**:  This Acknowledgment of Full
25 Satisfaction of Judgment (or a court clerk's certificate of
26 satisfaction of judgment or a release of judgment lien) will have
27 to be filed with the California Secretary of State in order to
28 release the lien on your personal property created by the Notice

-2-

161170.1

1  of Judgment liens.

2

3  DATED: September 5, 2008        REICH, ADELL & CVITAN
                                    A Professional Law Corporation
4

5                                   By: /s/ Neelam Ch_____
6                                       Neelam Chandna
                                        Attorneys for Judgment Creditor
7

8

9

10 STATE OF CALIFORNIA        ]
                              ] ss.
11 COUNTY OF **LOS ANGELES**  ]

12
        On this 8th day of September, 2008, before me, MARIA ELENA DUARTE,
13 a Notary Public, personally appeared NEELAM CHANDNA, who proved to me on
   the basis of satisfactory evidence to be the person(s) whose names(s)
14 is/are subscribed to the within instrument and acknowledged to me that
   she executed the same in her authorized capacity(ies), and that by her
15 signature(s) on the instrument the person(s), or the entity upon behalf
   of which the person(s) acted, executed the instrument.
16
        I certify under PENALTY OF PERJURY under the laws of the State of
17 California that the foregoing paragraph is true and correct.

18 WITNESS my hand and official seal.

19          [Notary Seal:
            MARIA ELENA DUARTE
20 Seal     COMM. # 1717729              /s/ Maria Elena Duarte_____
            NOTARY PUBLIC-CALIFORNIA     MARIA ELENA DUARTE, Notary Public
            LOS ANGELES COUNTY
            MY COMM. EXP. JAN. 16, 2011]
21

22

23

24

25

26

27

28

                                   -3-

161170.1

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Blvd., Suite 2000, Los Angeles, California 90010.

    On September 10, 2008, I served the foregoing document described as **ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT** on the interested parties(s) by placing.

[ ] the original     [x] a true copy thereof

enclosed in a sealed envelope and addressed as set forth:

    NELDAM'S DANISH BAKERY
    3401 Telegraph Avenue
    Oakland, CA 94609

[x] (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] (By Fax) The facsimile machine I used complied with California Rules of Court 2003(3) and no error was reported by the machine.

[x] (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on September 10, 2008, at Los Angeles, California.

_____
Maria Hughes